LAW OFFICES
**DAVID B. BLOOM**
A PROFESSIONAL CORPORATION
3580 WILSHIRE BOULEVARD, SUITE 1045
LOS ANGELES, CALIFORNIA 90010
TELEPHONE (213) 384-4088
STATE BAR NO. 56573
Fax No. (213)385-2009
JAMES E. ADLER (State Bar # 75653)
jadler@davidbloomlaw.com
Attorneys for Defendant,
JEFFREY SIEGEL individually and dba
SIEGEL & ASSOCIATES

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. GILLIAM, | CASE NO:CV 07-05565-ABC(AJWx) |
| Plaintiff, | |
| vs. | **JUDGEMENT OF DISMISSAL AS TO DEFENDANT JEFFREY SIEGEL INDIVIDUALLY AND DBA SIEGEL AND ASSOCIATES** |
| JEFFREY SIEGEL individually and dba SIEGEL & ASSOCIATES, et al., | |
| Defendants. | DATE: February 11, 2008<br>TIME: 10:00 a.m.<br>Ct.Rm.: 680<br>Before: Hon. Audrey B. Collins |

The Court having granted the motion of Defendant, JEFFREY SIEGEL individually and dba SIEGEL & ASSOCIATES, to dismiss the claims filed in this action against said defendant by Plaintiff CHARLES W. GILLIAM with prejudice; and

The Court having determined, on motion, that there is no just reason to delay entry of judgment in favor of JEFFREY SIEGEL individually and dba SIEGEL & ASSOCIATES;

It is ordered, adjudged and decreed that the entire action of Plaintiff as against

1 | Defendant JEFFREY SIEGEL individually and dba SIEGEL & ASSOCIATES, is
2 | hereby dismissed with prejudice, and Plaintiff CHARLES W. GILLIAM shall take
3 | nothing by his action against said defendant.

4

5 | DATED: March 4, 2008

*/s/ Audrey B. Collins*

6 | _____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

7

8

9

10 | Submitted by:

11 | LAW OFFICES OF DAVID B. BLOOM, APC

12

13 | By/S/_____
James E. Adler, Attorneys
for Defendant, Jeffrey Siegel,

14 | individually and dba Siegel & Associates

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: **3580 Wilshire Boulevard, Suite 1045, Los Angeles, California 90010**.

On **February 11, 2008,** I served the foregoing document described as: **[Proposed] JUDGEMENT OF DISMISSAL AS TO DEFENDANT JEFFREY SIEGEL INDIVIDUALLY AND DBA SIEGEL AND ASSOCIATES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SET OUT ON ATTACHED SERVICE LIST**

___  **VIA FEDERAL EXPRESS:**
I caused the above-entitled document to be sent and delivered to the recipients listed above via **FEDERAL EXPRESS** for next business day delivery.

**_X_ BY U.S. MAIL AS FOLLOWS:**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **BY MESSENGER:**
I delivered such envelope by hand to the offices of the addressee.

**_X_** I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **February 11, 2008** at Los Angeles, California.


/S/
**James E. Adler**

---

3
JUDGMENT OF DISMISSAL AS TO DEFENDANT SIEGEL

## SERVICE LIST

**Charles W. Gilliam**
**P.O. Box 18672**
**Beverly Hills, CA 90209**

**Geaorge S. Cardona, U. S. Attorney**
**Leon W. Weidman, Asst. U.S. Attorney**
**Tim L. Laske, Special Asst. U.S. Attorney**
**Federal Building, Suite 7516**
**300 N. Los Angeles St.**
**Los Angeles, CA 90012**

**Alexander F. Giovanniello, Esq.**
**Phuong Nguyen, Esq.**
**Giovanniello & Michels**
**1470 S. Valley Vista Dr., Suite 200**
**Diamond Bar, CA 91765**

**Kevin P. Hillyer, Esq.**
**Jennifer A. McLain, Esq.**
**Patterson, Rittner, Lockwood & Jurich**
**620 Brand Blvd., 3rd Floor**
**Glendale, CA 91203-4221**

**Pamela A. Mixon, Esq.**
**Morris, Polich & Purdy**
**1055 W. Seventh St., 24th Floor**
**Los Angeles, CA 90017**

**Anabella Q. Bonfa, Esq.**
**Johnson, Cebula & Rygh**
**115 pine Ave., 5th Floor**
**Long Beach, CA 90802-4446**

**John A. Van Hook, Esq.**
**Alta Hospital Systems, LLC**
**11500 west Olympic Blvd., Suite 502**
**Los Angeles, CA 90064**

**Judith M. Tishkoff, Esq**
**Lewis Brisbois Bisgaard & Smith, LLP**
**221 N. Figueroa St., Suite 1200**
**Los Angeles, CA 90012**